IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                    CRIMINAL ACTION NO. 1:03CR73

TRILLO BROWN

**ORDER**

This cause is before the Court on defendant Trillo Brown's Motion to Compel the Government to File a Rule 35 Motion [54]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

Defendant urges that the government's failure to advised the Court of his cooperation at sentencing and to file motions pursuant to either 5K1.1 of the Sentencing Guidelines or Rule 35 of the Federal Rules of Civil Procedure amount to an abuse of discretion. He seeks entry of an order compelling the United States Attorney to file a Rule 35 motion.

Under the terms of Brown's plea agreement, the government retained sole discretion regarding the decision whether to move for a downward departure under 5K1.1 or for a reduced sentence under F.R.Cr.P. 35. United States v. Solis, 169 F.3d 224 (5th Cir. 1999). Therefore, absent a colorable claim of unconstitutional motive, this Court lacks the authority to entertain defendant's claim that the government's failure to file a motion under either 5K1.1 or Rule 35 constituted a breach of the plea agreement. Close examination of the defendant's filings unearths no such allegations. Accordingly, the motion is not well-taken and should be denied.

IT IS, THEREFORE, ORDERED AND ADJUDGED that defendant Trillo Brown's Motion

to Compel the Government to File a Rule 35 Motion [54] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 1st day of October, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE